ELEANOR M. LACKMAN (SBN 298594)
eml@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA  90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

JORDAN GREENBERGER (pro hac vice submitted)
FIRESTONE GREENBERGER PLLC
14 Penn Plaza, 9th Floor
New York, NY 10122
Telephone: (212) 597-2255
jg@firegreenlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNIDISC MUSIC INC.<br><br>  Plaintiff,<br><br>  v.<br><br>CLEOPATRA MUSIC INC.<br><br>  Defendant. | CASE NO. 2:24-cv-05866<br><br>**NOTICE OF ERRATA RE DUPLICATE CASE** |
|---|---|

TO THE ABOVE-ENTITLED COURT AND ALL PARTIES HEREIN:

   PLEASE TAKE NOTICE that Plaintiff Unidisc Music Inc. hereby files this Notice of Errata requesting that case number 2:24-cv-05866 be removed from the Court Docket as it is a duplicate of case number 2:24-cv-05864.

DATED: JULY 12, 2024            MITCHELL SILBERBERG & KNUPP LLP
                                By: */s/ Eleanor M.  Lackman*
                                    Eleanor M. Lackman (SBN 298594)
                                    Attorney for Plaintiff
                                    *Unidisc Music Inc.*


                                FIRESTONE GREENBERGER PLLC
                                By*: /s/ Jordan Greenberger*_____

**NOTICE OF ERRATA RE DUPLICATE CASE**

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

Jordan Greenberger
(pro hac vice forthcoming)
Attorney for Plaintiff
*Unidisc Music Inc.*

Mitchell Silberberg & Knupp LLP

2
**NOTICE OF ERRATA RE DUPLICATE CASE**